## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 74 EM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDDIE BELL | : | |
| | : | |
| PETITION OF:  TERI B. HIMEBAUGH, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of January, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether to permit Attorney Teri B. Himebaugh to withdraw.  In the event counsel is granted leave to withdraw, the Court of Common Pleas of Philadelphia County is to resolve any related issues, including whether to appoint new counsel or to permit Eddie Bell to proceed *pro se*.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.

Justice McCaffery did not participate in the consideration or decision of this matter.